■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROCCO DONNAURO, Appellant.— Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers (including the typed minutes) and on appellant's typewritten brief, which shall include a copy of the opinion, if any, of the court below. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. Appellant's time to perfect the appeal is enlarged to the April Term, beginning March 26, 1962; appeal ordered on the calendar for said term. Motion for assignment of counsel granted. Sidney Liss, Esq., 90–04— 161st St., Jamaica 32, N. Y., is assigned as counsel to prosecute the appeal. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN R. DORAN, Appellant.— This court, on November 27, 1961, having unanimously affirmed an order of the County Court, Nassau County, entered March 2, 1956, denying defendant's *coram nobis* application, the defendant, pursuant to section 520 of the Code of Criminal Procedure, now makes application to the Honorable GERALD NOLAN, Presiding Justice of this court, for leave to take a further appeal to the Court of Appeals. Such application for leave to appeal to the Court of Appeals is denied by Presiding Justice NOLAN.